UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN ROBERT DEMOS, JR., | CASE NO. C13-147-RSM-MAT |
| Petitioner, | REPORT & RECOMMENDATION |
| v. | |
| PRESIDENT OF THE UNITED STATES OF AMERICA, et al., | |
| Respondents. | |

**Bar-order litigant John Demos** has filed an application to proceed *in forma pauperis* with a proposed 28 U.S.C. § 2254 habeas petition.[1] (Dkts. 1, 2, 9.) An Order of this Court provides for the return without filing of any petition by Mr. Demos that seeks an extraordinary writ pursuant to 28 U.S.C. §§ 1651, 2253 or 2254, unless accompanied by the filing fee. *See Demos v. Stanley*, MC97-0031-JLW (W.D. Wash. Mar. 13, 1997).

---

[1] Although Mr. Demos attempts to bring this habeas petition under 28 U.S.C. § 2241, it is clear that he brings a § 2254 petition. Mr. Demos is a state prisoner who challenges the validity of his state convictions in the 1970s. (Dkt. 1, at 2.)

REPORT & RECOMMENDATION - 1

1    As petitioner has submitted no filing fee, the Court recommends that, pursuant to the
2 Court's Order of March 13, 1997, the Clerk be **DIRECTED** to return petitioner's submissions
3 without filing them.  A proposed Order is attached.  The Clerk is directed to send a copy of this
4 Report and Recommendation to Mr. Demos and to the Honorable Ricardo S. Martinez.
5    Dated this 21st day of March, 2013.

           Mary Alice Theiler
           United States Magistrate Judge

REPORT & RECOMMENDATION - 2