01
02
03
04
05

06                UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF WASHINGTON
07                         AT SEATTLE

08 | JOHN ROBERT DEMOS, JR.,           )
                                       )  CASE NO. C13-147-RSM
09 |     Petitioner,                   )
                                       )
10 | v.                                )
                                       )  ORDER DIRECTING CLERK TO
11 | PRESIDENT OF THE UNITED STATES OF )  RETURN DOCUMENTS
    AMERICA, et al.,                   )
12                                     )
         Respondents.                  )
13 | _____    )

14
       The Court, having reviewed the Report and Recommendation of United States
15
   Magistrate Judge Mary Alice Theiler, any objections to that, the governing law, and the balance
16
   of the record, does hereby find and ORDER:
17
       (1)   The Report and Recommendation is ADOPTED;
18
       (2)   The Clerk shall RETURN petitioner's recent submissions without filing them,
19
             *see Demos v. Stanley*, MC97-0031-JLW (W.D. Wash., March 13, 1997); and
20
       //
21
       //
22

ORDER DIRECTING CLERK TO RETURN DOCUMENTS
PAGE -1

(3)   The Clerk of Court is directed to send copies of this Order to petitioner and to Magistrate Judge Theiler.

DATED this 18th day of April 2013.

```
                                    RICARDO S. MARTINEZ
                                    UNITED STATES DISTRICT JUDGE
```

ORDER DIRECTING CLERK TO RETURN DOCUMENTS
PAGE -2