UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN ROBERT DEMOS, JR., )
) CASE NO. C13-147-RSM
    Petitioner, )
)
v. )
) ORDER DIRECTING CLERK TO
PRESIDENT OF THE UNITED STATES OF ) RETURN DOCUMENTS
AMERICA, et al., )
)
    Respondents. )
_____ )

    The Court, having reviewed the Report and Recommendation of United States Magistrate Judge Mary Alice Theiler, any objections to that, the governing law, and the balance of the record, does hereby find and ORDER:

    (1)    The Report and Recommendation is ADOPTED;

    (2)    The Clerk shall RETURN petitioner's recent submissions without filing them, *see Demos v. Stanley*, MC97-0031-JLW (W.D. Wash., March 13, 1997); and

//

//

ORDER DIRECTING CLERK TO RETURN DOCUMENTS
PAGE -1

(3)   The Clerk of Court is directed to send copies of this Order to petitioner and to Magistrate Judge Theiler.

DATED this 18th day of April 2013.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER DIRECTING CLERK TO RETURN DOCUMENTS
PAGE -2